

**NACOGDOCHES COUNTY**
**District Clerk**
**Loretta Cammack**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/19/2016 1:28:41 PM
PAM ESTES
Clerk

September 19, 2016

Honorable Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas   75702

In Re:  Case Number: F1521643 Schanda Handy

Dear Ms. Lusk,

Enclosed please find the Mandate  in the above numbered and styled case.
Thank you for your time and courtesies.

Yours Very Truly,

Loretta Cammack
District Clerk
Nacogdoches County, Texas

*Laurie Hood*

By: Laurie Hood Deputy District Clerk

101 West Main Street, Room 120
Nacogdoches, TX  75961
(936) 560-7730 ▪ (936) 560-7839 Fax
lcammack@co.nacogdoches.tx.us

# THE STATE OF TEXAS

## MANDATE

FILED NACOGDOCHES COUNTY TEXAS

16 SEP 19 PH 1: 19

DISTRICT CLERK

*************************************************

## TO THE 145TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 3rd day of August, 2016, the cause upon appeal to revise or reverse your judgment between

**THE STATE OF TEXAS, Appellant**

**NO. 12-16-00127-CR; Trial Court No. F1521643**

By *per curiam* opinion.

**SCHANDA HANDY, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 14th day of September, 2016.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

## TWELFTH COURT OF APPEALS

September 14, 2016

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:               12-16-00127-CR
         Trial Court Case Number:   F1521643

**Style:**   The State of Texas
          v.
          Schanda Handy

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Ms. Carolyn Gilcrease (DELIVERED VIA E-MAIL)
C Mr. Sean Hightower (DELIVERED VIA E-MAIL)
:

Mandate executed on _19th_ day of _September_ , 2016.

Brief explanation of action taken: _ Appeal is dismissed._

_Laurie Wood_ _Deputy_ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us